IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Herbert Williams | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| -*vs*- | ) | No. 10 CV _____ |
| | ) | |
| City of Chicago and Chicago Police | ) | *(jury demand)* |
| Officers O'Brien #10634 and Byrne | ) | |
| #5304, | ) | |
| | ) | |
| *Defendants.* | ) | |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Defendants O'Brien #10634 and Byrne #5304 were at all times relevant acting under color of their authority as police officers of the City of Chicago; each is sued in his individual capacity.

3. Defendant City of Chicago is an Illinois municipal corporation joined in this action pursuant to 28 U.S.C. §1367.

4. On November 18, 2009, defendants O'Brien and Byrne arrested plaintiff.

5. Neither O'Brien nor Byrne had a lawful basis to arrest plaintiff.

6. After arresting plaintiff, defendants O'Brien and Byrne prepared police reports and include false statements in those reports; by including false

statements in the reports, defendants O'Brien and Byrne prolonged the amount of time that plaintiff was held in custody before being released on bond.

7. Defendant O'Brien and Byrne, acting with the scope of their employment as Chicago police officers, caused plaintiff to be charged with an offense.

8. The criminal charge was resolved in plaintiff's favor in a manner consistent with his innocence within one year preceding the filing of this action.

9. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff prays that judgment be entered against defendants O'Brien and Byrne jointly and severally in an amount in excess of one hundred thousand dollars as compensatory damages on plaintiff's claims under §1983 and in an amount in excess of twenty five thousand dollars against the City of Chicago on plaintiff's state law malicious prosecution claim.

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC 0830399
200 South Michigan Ave
Suite 1240
Chicago, Il. 60604-2430
(312) 427-3200
*attorney for plaintiff*

2